Matthew H. Adler (MA-4720)
Jeffrey A. Carr (JC-1103)
Pepper Hamilton LLP
300 Alexander Park
CN 5276
Princeton, NJ 08543-5276
(609) 452-0808

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No.:  04CV 1512 |
| **EQUITY FINANCIAL GROUP, LLC, TECH TRADERS, INC., VINCENT J. FIRTH, and ROBERT W. SHIMER,** | ) ) ) ) | Honorable Robert B. Kugler |
| Defendants. | ) | |

## NOTICE OF MOTION

    **TO:  SEE ATTACHED SERVICE LIST**

    PLEASE TAKE NOTICE that on May 21, 2004 at 9:30 a.m., or as soon thereafter counsel may be heard, I shall appear before the Honorable Robert B. Kugler, or such other Judge as may be sitting in his place and stead, in the Courtroom usually occupied by him in the Mitchell H. Cohen Federal Building, 400 Cooper Street, Camden, New Jersey and then and there present the **Notice of Motion of the Applications of Bina Sanghavi for Admission to Practice Pro Hac Vice Pursuant to Local Rule 101.1(c)** and the **Application of Raven Moore for Admission to Practice Pro Hac Vice Pursuant to Local Rule 101.1(c)**, copies of which are hereby served upon you.

Dated:  April 20, 2004

                    Respectfully submitted,

                    STEPHEN T. BOBO, Temporary Equity Receiver

                    By:  s/ Jeffrey A. Carr
                          One of his attorneys

Stephen T. Bobo
Bina Sanghavi
Raven Moore
Sachnoff & Weaver, Ltd.
30 South Wacker Drive, Suite 2900
Chicago, IL  60606
(312) 207-1000

Matthew H. Adler
Jeffrey A. Carr
Pepper Hamilton LLP
300 Alexander Park
CN 5276
Princeton, NJ 08543-5276
Tel:  (609) 452-0808
Fax:  (609) 452-1147

## **CERTIFICATE OF SERVICE**

       I, Jeffrey A. Carr, on oath hereby certifies that I caused copies of the foregoing **Notice of Motion of the Application of Bina Sanghavi for Admission to Practice Pro Hac Vice Pursuant to Local Rule 101.1(c)** and the **Application of Raven Moore for Admission to Practice Pro Hac Vice Pursuant to Local Rule 101.1(c)**, to be served upon:

| | |
|---|---|
| Elizabeth M. Streit, Lead Trial Attorney<br>Scott R. Williamson, Deputy Regional Counsel<br>Rosemary Hollinger, Regional Counsel<br>Commodity Futures Trading Commission<br>525 West Monroe Street, Suite 1100<br>Chicago, IL  60661<br>Fax:  (312) 596-0537 | Paul Blaine<br>Assistant United States Attorney for the<br>District of New Jersey<br>Camden Federal Building & U.S. Courthouse<br>401 Market Street, 4th Floor<br>Camden, NJ  08101<br>Fax:  (856) 757-5412 |
| Samuel F. Abernethy<br>Menaker & Herrmann LLP<br>10 East 40th Street<br>New York, NY   10016-0301<br>Fax:  (212) 545-1656 | Melvyn J. Falis<br>Gusrae, Kaplan & Bruno PLLC<br>120 Wall Street<br>New York, NY 10005<br>Fax:  (212) 809-5449 |

by facsimile transmission on this 20th day of April, 2004.

                                                                   s/ Jeffrey A. Carr_____
                                                                   Jeffrey A. Carr