Matthew H. Adler (MA-4720)
Jeffrey A. Carr (JC-1103)
Pepper Hamilton LLP
300 Alexander Park
CN 5276
Princeton, NJ 08543-5276
Tel: (609) 452-0808

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, ) ) ) Plaintiff, ) ) vs. ) ) EQUITY FINANCIAL GROUP, LLC, ) TECH TRADERS, INC., VINCENT J. ) FIRTH, and ROBERT W. SHIMER, ) ) Defendants. ) | Civil Action No.: 04CV 1512 Honorable Robert B. Kugler Motion Date: May 21, 2004 |

### APPLICATION OF RAVEN MOORE FOR ADMISSION
### TO PRACTICE *PRO HAC VICE* PURSUANT TO LOCAL RULE 101.1(c)

I, Raven Moore, hereby apply to the Court under Local Rule 101.1(c) for *pro hac vice* admission to appear and practice in this action as counsel for the Temporary Equity Receiver, Stephen T. Bobo, and certify the following:

1. I am an associate in the firm of Sachnoff & Weaver, Ltd., 30 South Wacker Drive, Chicago, Illinois 60606-7484.

2. I am a member in good standing of the Bars of the State of Illinois and the United States District Court for the Northern District of Illinois. I am not under suspension or disbarment by these or any other courts.

3. Stephen T. Bobo, as Temporary Equity Receiver, has requested that my firm represent him in this action.

4. If admitted, I shall comply with R. 1.20-1(b) and 1:28-2 of the New Jersey Rules of General Application during the period of admission.

5. The law firm of Pepper Hamilton LLP has agreed to serve as a member of the State Bar of New Jersey with whom the Court and opposing counsel may readily communicate regarding the conduct of this matter and upon whom pleadings and other papers in this action shall also be served at the address shown below:

>Matthew H. Adler
>Jeffrey A. Carr
>Pepper Hamilton LLP
>300 Alexander Park
>CN 5276
>Princeton, NJ 08543-5276
>Tel: (609) 452-0808
>Fax: (609) 452-1147

6. I certify under penalty of perjury that the foregoing is true and correct.

7. A proposed Order for Admission is submitted herewith.

SIGNED under penalty of perjury this 16th day of April, 2004.

_____
Raven Moore