**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No.:  04CV 1512** |
| | ) | |
| **EQUITY FINANCIAL GROUP, LLC,** | ) | **Honorable Robert B. Kugler** |
| **TECH TRADERS, INC., VINCENT J.** | ) | |
| **FIRTH, and ROBERT W. SHIMER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Based upon the application of Raven Moore for admission to practice *pro hac vice* in this action as counsel for the Temporary Equity Receiver, Stephen T. Bobo, and in accordance with Rule 101.1(c) of the Local Civil Rules of the United States District Court for the District of New Jersey, IT IS HEREBY ORDERED that:

☐ The motion of attorney for admission to practice *pro hac vice* is granted. Such admission requires that the attorney make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2.

☐ The motion of attorney for admission to practice *pro hac vice* is denied and the admission fee ordered returned.

DATED this _____ day of _____, 20___.


_____
United States District Judge