IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EQUITY FINANCIAL GROUP, LLC., et al.,<br><br>　　　　　Defendants. | Civil No. 04-1512 (RBK)<br><br>**ORDER** |

　　　This matter having been brought before the Court by Lewis Cohn, Esquire, attorney for defendant, Equity Financial Group, LLC, for an Order allowing Samuel F. Abernethy, Esquire and Paul M. Hellegers, Esquire, to appear and participate pro hac vice; and the Court having considered the moving papers; and opposing counsel having no objection; and for good cause shown pursuant to Local Rule 101.1(c), United States District Court for the District of New Jersey;

　　　IT IS this 28th day of April, 2004, hereby

　　　**ORDERED** that Samuel F. Abernethy, Esquire and Paul M. Hellegers, Esquire, both members of the bar of the State of New York, be permitted to appear pro hac vice in the above-captioned matter pursuant to Local Rule 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Lewis Cohn, Esquire, a member in good standing of the Bar

of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted pro hac vice pursuant to this Order; and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(2), Samuel F. Abernethy, Esquire and Paul M. Hellegers, Esquire, shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, enclosing with payment a completed Form PHV-1; and it is further

**ORDERED** that Samuel F. Abernethy, Esquire and Paul M. Hellegers, Esquire, shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of Local Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Rule 104.1, Discipline of Attorneys; and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(3), Samuel F. Abernethy, Esquire and Paul M. Hellegers, Esquire, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-7, as amended.

s/ Ann Marie Donio
ANN MARIE DONIO
United States Magistrate Judge

cc:  Hon. Robert B. Kugler