Cirino M. Bruno, Esq. (CB-1192)
Martin H. Kaplan, Esq. (MK-6258)
Melvyn J. Falis, Esq. (MF-7047)
Gusrae, Kaplan & Bruno, PLLC
120 Wall Street
New York, New York 10005
(212) 269-1400

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

-------------------------------------------------------x
Commodity Futures Trading Commission,

                Plaintiff,

    v.                            **Civil Action No. 04 CV 1512**

Equity Financial Group LLC,            Honorable Robert B. Kugler
Tech Traders, Inc., Tech Traders, Ltd.,
Magnum Investments, Ltd., Magnum      **NOTICE OF MOTION**
Capital Investments, Ltd., Vincent J. Firth,
Robert W. Shimer, Coyt E. Murray, and    Motion Date: December 17, 2004
J. Vernon Abernethy,

                Defendants.
-------------------------------------------------------x

**TO: SEE ATTACHED SERVICE LIST**

      **PLEASE TAKE NOTICE** that on December 17, 2004 at 9:30 a.m. or as soon thereafter counsel may be heard, I shall appear before the Honorable Ann Marie Donio, or such other Judge as may be sitting in her place and stead, in the Courtroom usually occupied by her in the Mitchell H. Cohen Federal Building, 400 Cooper Street, Camden, New Jersey and then and there present **Gusrae Kaplan & Bruno, PLLC's Motion to Withdraw as Counsel for the Tech Traders Entities**, copies of which are hereby served upon you. Any response or objection regarding the motion shall be filed and served on or before December 7, 2004.

Dated: November 17, 2004

                                                Respectfully submitted,

                                                _____
                                                Cirino M. Bruno, Esq. (CB-1192)
                                                **GUSRAE, KAPLAN & BRUNO, PLLC**
                                                *Attorneys for Defendants Coyt E. Murray,*
                                                *Tech Traders, Inc., Tech Traders, Ltd.,*
                                                *Magnum Capital Investments, Ltd. and*
                                                *Magnum Investments, Ltd.*
                                                120 Wall Street
                                                New York, New York 10005
                                                (212) 269-1400

JC0715.DOC

## SERVICE LIST

Elizabeth M. Streit, Lead Trial Attorney
Commodity Futures Trading Commission
525 west Monroe Street, Suite 1100
Chicago, IL 60661

Stephen T. Bobo (*Receiver*)
Bina Sanghavi
Raven Moore
Sachnoff & Weaver, Ltd.
30 South Wacker Drive, Suite 2900
Chicago, Illinois 60606

Samuel F. Abernethy, Esq.
Menaker & Hermann LLP
10 East 40th Street
New York, New York 10016
*Attorneys for Defendants*
*Equity Financial Group LLC,*
*V. Firth and R. Shimer*

Mr. Jack Vernon Abernethy
413 Chester Street
Gastonia, North Carolina 28052
*Pro Se*

AUSA Paul Blaine
District of New Jersey
Camden Federal Building & US Courthouse
401 Market Street, 4th Floor
Camden, NJ 08101

Matthew H. Adler
Jeffrey A. Carr
Pepper Hamilton LLP
300 Alexender Park
Princeton, New Jersey 08543
*Local Attorneys for Receiver*

Lewis Cohn, Esq.
Witman, Stadtmauer & Michaels, P.A.
26 Columbia Turnpike
Florham Park, New Jersey 07932
*Local Attorneys for Defendants*
*Equity Financial Group LLC,*
*V. Firth and R. Shimer*

JC0715.DOC

2

Cirino M. Bruno, Esq. (CB-1192)
Martin H. Kaplan, Esq. (MK-6258)
Melvyn J. Falis, Esq. (MF-7047)
Gusrae, Kaplan & Bruno, PLLC
120 Wall Street
New York, New York 10005
(212) 269-1400

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------x
Commodity Futures Trading Commission,

                  Plaintiff,

        v.                                            **Civil Action No. 04 CV 1512**
                                                        Hon. Robert B. Kugler

Equity Financial Group LLC,
Tech Traders, Inc., Tech Traders, Ltd.,
Magnum Investments, Ltd.,
Magnum Capital Investments, Ltd.,
Vincent J. Firth, Robert W. Shimer,
Coyt E. Murray and J. Vernon Abernethy,

                  Defendants.
------------------------------------------------------------x

**DECLARATION OF CIRINO M. BRUNO, ESQ.
IN SUPPORT OF GKB'S MOTION
TO WITHDRAW AS COUNSEL
FOR THE TECH TRADERS ENTITIES**

      **CIRINO M. BRUNO, ESQ.**, an attorney duly admitted to this Court, declares the following under penalty of perjury:

      1.      I am admitted to practice before this Court, and I am a member of the law firm of Gusrae, Kaplan & Bruno, PLLC ("GKB"), the attorneys of record for Defendants Tech Traders, Inc., Tech Traders, Ltd., Magnum Capital Investments, Ltd., Magnum Investments, Ltd. (collectively, the Tech Traders Entities) and Coyt E. Murray ("Murray") in the above-captioned

matter. I submit this affidavit in support of GKB's motion to withdraw as counsel for the Tech Traders Entities. I am fully familiar with the facts and circumstances alleged herein.

2.  The Plaintiff, through its First Amended Complaint dated June 24, 2004 (the "Amended Complaint"), seeks an order of permanent injunction be issued against the Tech Traders Entities, Murray and other defendants, among other requested relief. In their Amended Complaint, the Plaintiff alleges the Tech Traders Entities to be a common enterprise and further alleges that Murray is a principal of one or more of the underlying entities of this common enterprise. (*See* Amended Complaint at ¶¶ 1.c.i – iv, 1.f.)

3.  Without a hearing and without admitting or denying the substantive allegations of the Amended Complaint herein, the Tech Traders Entities and Murray, consented to the entry of a preliminary injunction against them which was so ordered by the Hon. Robert B. Kugler on August 24, 2004 (the "Consent Order of Preliminary Injunction").

4.  This matter is currently in the discovery stage.

5.  The differing interests of Murray and the Tech Traders Entities have become increasingly evident to GKB. A conflict has evolved and now exists between GKB's representation of Murray and its representation of the Tech Traders Entities.[1] As such, GKB can no longer represent Tech Traders Entities while continuing its representation of Murray.

6.  This conflict manifests itself in many ways which can be currently identified, and in additional ways which will undoubtedly flow from future events in this matter. The current conflict issues include, among others:

    (a)  The identification and preparation of individuals to testify for the Tech Traders Entities pursuant to Rule 36(b)(6) of the F.R.C.P.; and

2

(b)     The identification and analysis of corporate events which undoubtedly involve the potential for fact patterns that are inconsistent with Mr. Murray's interests.

7.   Since Mr. Bobo has been appointed Equity Receiver for all the Tech Traders and Mr. Murray by this Court, a question exists as to whom this firm actively answers, Mr. Murray or Mr. Bobo. They clearly represent conflicting interests.  Mr. Murray has inconsistent interest with the Tech Traders entities.

8.   This conflict of interest has been disclosed to Murray and to Mr. Bobo on behalf of the Tech Traders Entities. As GKB's primary contact is Murray, it respectfully requests leave of this Court to withdraw as counsel for the Tech Traders Entities. Murray has consented to this motion brought by GKB.

9.   Under the NJ Rules of Professional Conduct – a lawyer cannot represent a client where a concurrent conflict of interest exists with another client (RPC 1.7 Conflict of Interest) without informed written consent by each client.

**WHEREFORE**, GKB respectfully requests that this Court grants leave to GKB to withdraw as counsel of record for the Tech Traders Entities and for such other and further relief as this Court deems just, equitable and proper.

Dated: New York, New York
       November 17, 2004

                                               Cirino M. Bruno (CB-1192)
**GUSRAE, KAPLAN & BRUNO, PLLC**
*Attorneys for Defendants Coyt E. Murray,*
*Tech Traders, Inc., Tech Traders, Ltd.,*
*Magnum Capital Investments, Ltd. and*
*Magnum Investments, Ltd.*
120 Wall Street
New York, New York 10005
(212) 269-1400

---

[1] The appointment of Stephen T. Bobo as Equity Receiver for all of the Tech Traders Entities, with full powers as the Equity Receiver under the law arguably renders GKB's continued representation inappropriate without a new retainer and consents by the parties to the conflict.

## CERTIFICATE OF SERVICE

I, Justin H. Cohen, Esq. hereby certify that on November 17, 2004, I caused true copies of the foregoing **Notice of Motion and Declaration of Cirino M. Bruno, Esq. in Support of GKB's Motion to Withdraw as Counsel for the Tech Traders Entities** to be served upon the following addressees by overnight delivery:

Elizabeth M. Streit, Lead Trial Attorney
Commodity Futures Trading Commission
525 west Monroe Street, Suite 1100
Chicago, IL 60661
Fax: (312) 596-0714

Stephen T. Bobo (*Receiver*)
Bina Sanghavi
Raven Moore
Sachnoff & Weaver, Ltd.
30 South Wacker Drive, Suite 2900
Chicago, Illinois 60606
Fax: (312) 207-6400

Samuel F. Abernethy, Esq.
Menaker & Hermann LLP
10 East 40th Street
New York, New York 10016
Fax: (212) 545-1656
*Attorneys for Defendants*
*Equity Financial Group LLC,*
*V. Firth and R. Shimer*

Mr. Jack Vernon Abernethy
413 Chester Street
Gastonia, North Carolina 28052
*Pro Se*

AUSA Paul Blaine
District of New Jersey
Camden Federal Building & US Courthouse
401 Market Street, 4th Floor
Camden, NJ 08101
Fax: (856) 968-4917

Matthew H. Adler
Jeffrey A. Carr
Pepper Hamilton LLP
300 Alexander Park
Princeton, New Jersey 08543
Fax: (609) 452-1147
*Local Attorneys for Receiver*

Lewis Cohn, Esq.
Witman, Stadtmauer & Michaels, P.A.
26 Columbia Turnpike
Florham Park, New Jersey 07932
Fax: (973) 822-1188
*Local Attorneys for Defendants*
*Equity Financial Group LLC,*
*V. Firth and R. Shimer*

Justin H. Cohen

MRR1705

4