(Docket No. 430)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | : |
| Plaintiff, | : Civil No. 04-1512 (RBK) |
| v. | : **ORDER** |
| EQUITY FINANCIAL GROUP, LLC, et al., | : |
| Defendants. | : |

THIS MATTER having come before the Court on motion by Plaintiff, Commodity Futures Trading Commission, for reconsideration of the Court's December 18, 2006 Order that denied summary judgment on its claim that Defendant Robert Shimer aided and abetted Tech Traders, Inc.'s violation of 17 C.F.R. § 4.30; and the Court having considered the moving papers, and the opposition thereto; and for the reasons expressed in the accompanying Opinion;

IT IS HEREBY **ORDERED** that Plaintiff's motion for summary judgment on the count that Shimer aided and abetted Tech Trader's violation of 17 C.F.R. § 4.30 is **GRANTED**.

Dated: 3/30/2007         s/Robert B. Kugler
                         ROBERT B. KUGLER
                         United States District Judge