Carol Slocum, Esquire (CS-2818)
KLEHR, HARRISON, HARVEY,
 BRANZBURG & ELLERS LLP
457 Haddonfield Road, Suite 510
Cherry Hill, NJ 08002
Phone: (856) 486-7900
Fax: (856) 486-4875

*Pro hac vice* application filed for:
Daniel T. Graham, Esq.
FUNKHOUSER VEGOSEN LIEBMAN & DUNN LTD
55 West Monroe Street, Ste 2300
Chicago, IL 60603
Phone: (312) 701-6800
Fax: (312) 701-6801

Attorneys for CMP Fund, Ltd. and DRL Twenty Plus Fund

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | |
| Plaintiffs, | Civ. No.: 1:04CV1512(RBK) |
| v. | |
| EQUITY FINANCIAL GROUP, LLC, TECH TRADERS, INC., TECH TRADERS, LTD., MAGNUM CAPITAL INVESTMENTS, LTD., VINCENT J. FIRTH, ROBERT W. SHIMER, COTY E. MURRAY, and J. VERNON ABERNETHY | |
| Defendants. | |

## CERTIFICATION OF DANIEL T. GRAHAM IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

DANIEL T GRAHAM hereby certifies as follows:

1. I am eligible for admission to this Court. I am admitted to practice in the courts set forth in the annexed application of Carol Ann Slocum, and I am in good standing in each of

CHYH1 52691-1

the aforementioned jurisdictions. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

2. I shall notify the Court immediately of any matter affecting my standing at the bar of any other court.

3. I have acquired a copy of the Local Rules of this Court and am generally familiar with such Rules. I shall abide by all applicable rules of this Court including all disciplinary rules, as a continuing condition of admission.

4. All pleadings, briefs and other papers filed with the Court shall be signed by an attorney of record authorized to practice before the United States District Court for the District of New Jersey, who shall be responsible for the conduct of the case and of the undersigned.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment

Dated: May 16, 2007

/s/ Daniel I. Graham

Daniel T. Graham