WITMAN STADTMAUER, P.A.
26 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 822-0220
Lewis Cohn (LC-0979)

MENAKER & HERRMANN LLP
10 East 40th Street
New York, New York 10016
(212) 545-1900
Samuel F. Abernethy (SA-8454)
Paul M. Hellegers (PH-1073)

Attorneys for defendant Equity Financial Group LLC,

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-----------------------------------------------------------X

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | : | Civil Action No. 04-1512 |
| | : | |
| Plaintiff, | : | NOTICE OF RENEWED MOTION TO WITHDRAW AS COUNSEL PURSUANT TO L.CIV.P.102.1, R.P.C.1.16(b), R.P.C. 3.1 AND N.Y. PROFESSIONAL DISCIPLINARY RULE 701-02 |
| vs. | : | |
| EQUITY FINANCIAL GROUP LLC, *et al.*, | : | |
| Defendants. | : | |

-----------------------------------------------------------X

PLEASE TAKE NOTICE that Mennaker & Herrmann, LLP ("Menaker & Herrmann") New York counsel admitted pro hac vice for defendant Equity Financial Group, LLC ("Equity") and Witman Stadtmauer, P.A. ("Witman Stadtmauer"), New Jersey counsel for Equity shall move before Honorable Ann Marie Donio, U.S.M.J., sitting in the United States District Court for the District of New Jersey at the Mitchell H. Cohen Federal Court House, 1 John F. Gerry Plaza, Camden, New Jersey on the 27th

day of August, 2007 at 10:00 A.M. or as soon thereafter as counsel may be heard for an order granting permitting Menaker & Herrmann and Witman Stadtmauer to withdraw as counsel for Equity pursuant to L.Civ.P.102.1, R.P.C.1.16(b), R.P.C.3.1 and New York Professional Disciplinary Rule 701-02.

In support of this motion, Menaker & Herrmann and Witman Stadtmauer shall rely upon the accompanying declaration of Samuel F. Abernethy, Esq. and memorandum of law, the pleadings and papers already on file in the action and the arguments of counsel in open Court.

WITMAN STADTMAUER, P.A.

Dated: August 3, 2007

By: ____s/Lewis Cohn_____
Lewis Cohn (LC-0979)
Attorneys for defendant Equity Financial Group LLC,
26 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 822-0220